**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID LINDER,**

      **Plaintiff,**

**-vs-**              **Case No. 6:05-cv-1418-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

## ORDER

On January 26, 2006, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to effect service of process within the time prescribed by Fed. R. Civ. P. 4(m). On January 31, 2006, Plaintiff responded (Doc. 5), contending that the U. S. Attorney had been served by certified mail. This does not constitute service upon the Defendant. Accordingly, it is

**ORDERED** that this case is DISMISSED without prejudice for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 31, 2006.

                 GREGORY A. PRESNELL
                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party